104 A.3d 521

COMMONWEALTH of Pennsylvania, Respondent

v.

Henry F. WORTHINGTON Jr., Petitioner.

Supreme Court of Pennsylvania.

Nov. 20, 2014.

## ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2014, the Petition for Allowance of Appeal is hereby GRANTED. The Order of the Superior Court is VACATED and the matter is REMANDED to the trial court for the appointment of new counsel within 60 days of this order. New counsel shall assist Petitioner in his appeal to the Superior Court. Petitioner's request for the issuance of a writ of habeas corpus ad prosequendum is DENIED without prejudice to him to raise the matter in subsequent proceedings.